IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DALI WIRELESS, INC.,<br>    Plaintiff,<br><br>v.<br><br>AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY, AT&T MOBILITY II LLC, AT&T SERVICES INC., ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br>    Defendants. | Case No. 2:23-cv-00161-RWS-RSP<br>(MEMBER CASE) |
| DALI WIRELESS, INC.,<br>    Plaintiff,<br>v.<br><br>AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY, AT&T MOBILITY II LLC, AT&T SERVICES INC., COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., and COMMSCOPE TECHNOLOGIES LLC,<br>    Defendants. | Case No. 2:22-cv-00012-RWS-RSP<br>(LEAD CASE) |
| DALI WIRELESS, INC.,<br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, VERIZON CORPORATE SERVICES GROUP INC., VERIZON ONLINE LLC, COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., and COMMSCOPE TECHNOLOGIES LLC,<br>    Defendants. | Case No. 2:23-cv-00002-RWS-RSP |

**JOINT CLAIM CONSTRUCTION CHART**

1

Pursuant to Local Patent Rule 4-5(d) and the Fourth Amended Docket Control Order (Dkt. 114) the parties respectfully submit this Joint Claim Construction Chart, which is attached as Exhibit A. Plaintiff Dali Wireless, Inc. ("Dali") asserts claims 1-2 of United States Patent No. 8,682,338 (the "'338 Patent"), claims 1-3, 6-8, 12-14, 16-18, and 20 of United States Patent No. 11,026,232 (the "'232 Patent")[1], claims 1-4, 8, 9, 10, 11, 13-15, 16, and 18-19 of United States Patent No. 10,334,499 (the "'499 Patent"), and claims 7-9, 11, 15, 17, 18, 20, and 21 of United States Patent No. 9,197,358 (the "'358 Patent") against Defendants AT&T Corp., AT&T Communications LLC, AT&T Mobility, AT&T Mobility II LLC, and AT&T Services Inc. (collectively "AT&T"); claims 1-2 of the '338 Patent, claims 1-3, 6-8 of the '232 Patent, and claims 1-4, 8, 9, 10, 11, 13-15, 16, and 18-19 of the '499 Patent against Defendants Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson"); and claims 1-3, 6-8, 12-14, 16-18, and 20 of the '232 Patent, claims 1-4, 8, 9, 10, 11, 13-15, 16, and 18-19 of the '499 Patent, and claims 7-9, 11, 15, 17, 18, 20, and 21 of the '358 Patent against Defendants CommScope Holding Company, Inc., CommScope, Inc., and CommScope Technologies LLC (collectively "CommScope"). This Joint Claim Construction Chart sets forth thirteen disputed claim terms or phrases in the asserted claims, the parties' proposed constructions (if any), and a separate column for the Court's construction of the identified terms, phrases, or clauses in the asserted claims. Agreed constructions are set forth in the Joint Claim Construction Chart and marked as AGREED.

---

[1] Dali has dropped its assertion of '232 Patent claims 12-14, 16-18, and 20 against AT&T as related to the accused Ericsson products in an AT&T network.

Date: April 13, 2023    Respectfully submitted,

/s/ Cristofer Leffler
Cristofer I. Leffler
(WA Bar No. 35020)
Cliff Win, Jr.
(CA Bar No. 270517)
Stefan Szpajda
(WA Bar No. 50106)
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Ste 809
Seattle, WA 98109
Tel: (206) 880-1802
cris.leffler@foliolaw.com
cliff.win@foliolaw.com
steve.skelley@foliolaw.com
stefan@foliolaw.com

Joseph M. Abraham,
(TX Bar No. 24088879)
**FOLIO LAW GROUP PLLC**
13492 Research Blvd.
Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
joseph.abraham@foliolaw.com

*Attorneys for Plaintiff Dali Wireless, Inc.*

/s/ John R. Gibson
Deron R. Dacus
(Bar No. 00790553)
**THE DACUS FIRM, PC**
821 ESE Loop 323, Ste 430
Tyler, TX 75701
Tel.: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com
Matthew S. Yungwirth
msyungwirth@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900

Joseph A. Powers
japowers@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1842

Christopher J. Tyson
cjtyson@duanemorris.com
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004
Telephone: (202) 776 7851

*Attorneys for AT&T and Ericsson Defendants*

/s/ Ross R. Barton
Michael J. Newton
(TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax: (214) 922-3899
mike.newton@alston.com

Ross R. Barton
(NC Bar No. 37179)
**ALSTON & BIRD LLP**
101 South Tyron Street, Suite 4000
Charlotte, NC 28280
Phone: (704) 444-1000
Fax: (704) 444-1111
ross.barton@alston.com

Yuri Mikulka
(CA Bar No. 185926)
Caleb J. Bean
(CA Bar No. 299751)
Katherine G. Rubschlager (CA Bar No. 328100)
**ALSTON & BIRD LLP**
333 South Hope St, 16th Fl
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100
yuri.mikulka@alston.com
caleb.bean@alston.com
katherine.rubschlager@alston.com

*Attorneys for the Verizon Defendants*

/s/ Eric H. Findlay
Eric H. Findlay
(Texas Bar No. 00789886)
Brian Craft
(Texas Bar No. 04972020)
**FINDLAY CRAFT P.C.**
7270 Crosswater Ave., Suite B

Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

*Attorneys for CommScope Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 13, 2023, a true and correct copy of the foregoing was served on all counsel of record who have appeared in this case via the Court's CM/ECF system per Local Rule CV-5.

*/s/ Cristofer Leffler*
Cristofer I. Leffler
