IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DALI WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:22-cv-12 |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AT&T CORP., AT&T COMMUNICATIONS LLC, AT&T MOBILITY, AT&T MOBILITY II LLC, AT&T SERVICES INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., and COMMSCOPE TECHNOLOGIES LLC, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

All claims in this case have now been dismissed. Dali's claims against the Ericsson defendants and the AT&T defendants for use of Ericsson products were dismissed by Stipulation and Court Order. *See* Dkts. 165, 167. Dali's claims against the CommScope defendants and the AT&T defendants for use of CommScope products were dismissed by Stipulation and Court Order. The counterclaims were also dismissed in these same filings. Therefore, this case is DISMISSED and CLOSED.