# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DALI WIRELESS, INC. § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:22-cv-00012-RWS-RSP |
| § | |
| AT&T CORP., ET AL., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff Dali Wireless, Inc. ("Dali") and Defendants CommScope Holding Company, Inc., CommScope Inc., and CommScope Technologies LLC ("CommScope"). (**Dkt. No. 171**.) In the Stipulation, the Dali and CommScope represent they have reached a settlement, which also covers Dali's remaining claims against CommScope's customers AT&T Corp., AT&T Communications LLC, AT&T Mobility, AT&T Mobility II LLC, AT&T Services Inc. ("AT&T") for use of CommScope's products. Therefore, the parties hereby stipulate and agree as follows:

1. All of Dali's claims in the pleadings are dismissed *with prejudice*. (*Id*. at 1)

2. All of CommScope's counterclaims in the pleadings are dismissed *with prejudice*. (*Id*.)

3. All of AT&T's counterclaims in the pleadings are dismissed *without prejudice*. (*Id*.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Dali and CommScope in the above-captioned case are **DISMISSED WITH PREJUDICE** and all claims and causes of action asserted by AT&T are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

As all other claims and parties in this action were previously dismissed (*See* Dkt. Nos. 165, 167), the Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 3rd day of November, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE